[44 NE3d 222, 23 NYS3d 147]

STEVEN C. RIDGE, Appellant, v ALICE GOLD et al., Defendants, and JAY BRAYMILLER, Respondent.

Decided December 15, 2015

**APPEARANCES OF COUNSEL**

*Gibson, McAskill & Crosby, LLP,* Buffalo (*Timothy J. Graber* of counsel), for appellant.

*Sugarman Law Firm LLP,* Buffalo (*Carlton K. Brownell, III* of counsel), for respondent.

**OPINION OF THE COURT**

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), judgment insofar as appealed from and order of the Appellate Division brought up for review reversed, with costs, and motion of defendant Jay Braymiller for summary judgment dismissing the complaint denied. The record is inadequate to determine, as a

matter of law, whether the issue of the occurrence of an accident was addressed and decided in the workers' compensation proceeding. Therefore, defendant Braymiller failed to meet his burden of establishing that the doctrine of collateral estoppel bars plaintiff's action against him.

Concur: Chief Judge LIPPMAN and Judges PIGOTT, RIVERA, ABDUS-SALAAM, STEIN and FAHEY.